# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Roundpoint Mortgage Servicing Corporation**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00559-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Five Brothers Mortgage Company Services and Securing, Inc.**,** Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 2, 2018 Order.

April 2, 2018

_____
Frank G. Johns, Clerk
United States District Court